■ ALLSTATE INSURANCE COMPANY, as Subrogee of ROBERT J. MARSHALL, et al., Plaintiffs, v RICHARD HOLT et al., Defendants, and ROBERT A. GORDON et al., Appellants and Third-Party Appellants. METROPOLITAN LIFE INSURANCE COMPANY, Third-Party Respondent. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *Gordon v Metropolitan Life Ins. Co.* (73 AD2d 811). (Appeal from judgment of Oneida Supreme Court—dismiss third-party complaint.) Present—Dillon, P. J., Cardamone, Simons, Doerr and Witmer, JJ.